HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC), <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMED AZMATH, et al. <br><br> Defendants. | CASE NO. C11-652 RAJ <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the court on plaintiff Zuffa, LLC's motion for summary judgment. Dkt. # 25. Defendants Mohammed Azmath and Chasers Grill & Lounge LLC have not responded to plaintiff's motion. Plaintiff filed the complaint on April 15, 2011. Dkt. # 1. On July 21, 2011, defendants filed their answers. Dkt. ## 18, 19. On September 20, 2011, counsel for defendants, Robert Williamson, erroneously filed a notice of withdrawal of counsel, which was stricken. Dkt. # 22. Mr. Williamson was informed that he needed to file a motion to withdraw pursuant to the Local Civil Rules. *See* Dkt. # 22. Mr. Williamson never filed a motion to withdraw. Accordingly, Mr. Williamson is, and has been, counsel of record for defendants since he first appeared.

1 On September 14, 2011, plaintiff served defendants with requests for admissions. Dkt. # 23 at 7-13, # 24 at 7-13.  Defendants did not respond.  On November 9, 2011, plaintiff filed notices of facts deemed admitted against defendants, which attach the requests for admission served on defendants.  Dkt. # 23, #24; Fed. R. Civ. P. 36(a)(3).  On January 3, 2012, plaintiff filed the motion for summary judgment.  Dkt. # 25.  Defendants did not oppose the summary judgment motion.  On February 7, 2012, the court ORDERED defendants to show cause why the court should not grant plaintiff's motion for summary judgment in its entirety for failure to oppose.  Dkt. # 31; Local Civ. R. 7(b)(2).  Defendants did not respond to the court's order to show cause.

For all the foregoing reasons, the court GRANTS plaintiff's motion for summary judgment as to liability of defendants, and the court finds that defendants are in default. Plaintiff may move for default judgment pursuant to Fed. R. Civ. P. 55 and Local Civ. R. 55.  The court also ORDERS Mr. Williamson to provide notice and a copy of this order to his clients, and to file with the court a declaration that confirms that he has provided notice and a copy of this order to his clients no later than March 2, 2012.  If Mr. Williamson fails to abide by this order, he will be subject to monetary sanctions.

Dated this 27th day of February, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge